# Life is good.

Shopping Bag 

**AC BAPA KH 1S**

Headwear Back To Pack on Khaki
Price $20.00

Not rated yet

1
**add to shopping bag**

▸ e-mail to a friend

| Customer Service | About LIG | Size Chart | Store Locator | Mailing List |
| Tell a Friend | Group Sales | Monday Raffle | Family Album | |