**8" COIN DECAL**

Life is good.
(R)

ST COIN 8 1P

**4" COIN MAGNETS**




CARCOIN MO 1P       CARCOIN BL 1P       CARCOIN BA 1P

All stickers are pre-packed in quantities of 25. Car window