# Life is good.


Shopping Bag



## Classic Oval Hats

**The Life is good® Chill Cap is garment washed to create a weathered look and feel. Its low-profile, relaxed fit is perfect for both men and woman. One size fits all.**



**Oval on Bone**
view item



**Oval on Chocolate**
view item



**Oval on Midnight**
view item



**Oval on True**
view item