



To order by phone call toll-free at 1-888-339-2987

| Customer Service | About LIG | Size Chart | Store Locator | Mailing List |
| Tell a Friend | Group Sales | Monday Raffle | Family Album | |

# Life is good®



**Shopping Bag**



FRONT BACK

## Men's Classic Graphic Short Sleeve Tees

All SKU's are available in sizes M, L, XL, & XXL.
All Men's Tees feature a small Jake print below the back collar.

Price $20.00 M-XL
Price $23.00 XXL

  

**Adirondack Chair on Harvest**     **Beachside Hammock on Harvest**     **Cruiser on White**
view item     view item     view item



**Cup o Joe to Go on Clay**
view item



**Drive Time on Midnight**
view item



**Fish Trip on Chocolate**
view item



**Flag on White**
view item



**Flap Jake on Moss**
view item



**Get Away Van Go on Moss**
view item



**Golf Bag Jake on Chocolate**
view item



**Golf Icon on Midnight**
view item



**Gone Fishing on Shadow**
view item


**Grilling on Clay**
view item


**Half Full on Midnight**
view item


**Hammer Icon on True**
view item


**Harmony on Chocolate**
view item


**Home on the Range on Moss**
view item


**Im w/ the Band on Shadow**
view item


**Jake Putter on Shadow**
view item


**Jake/Rocket Beach Chill on Clay**
view item


**Just Married on Shadow**
view item



**Layout Disc on Harvest**
view item





**LIG Rush Hour on White**
view item



**Mans Best Friends on White**
view item



**Motorcycle on Midnight**
view item



**Net Jump on White**
view item



**Pump Putt on Shadow**
view item



**Reel Time on Moss**
view item



**Rocket Cruisin on Moss**
view item



**Rocket/Jake Dream On on Moss**
view item


**Sheriff Star on True**
view item


**Surf & Turf on Shadow**
view item


**Take me to the River on Chocolate**
view item


**Tennis Jake/Rocket on Shadow**
view item


**Think Outside The Box on Midnight**
view item


**Trout Icon Tee Shadow**
view item


**Tug-O-War on Shadow**
view item


**Wander Golf on Harvest**
view item


**What Up Dog? on Chocolate**
view item

Customer Service    About LIG    Size Chart    Store Locator    Mailing List
Tell a Friend    Group Sales    Monday Raffle    Family Album

# Life is good®



Shopping Bag



FRONT BACK

## Women's Classic Graphic Tees

**AVAILABLE IN S, M, L, XL**
All Women's Tees feature a small Jake print below the back collar.



**3 Daisies on Chocolate**
view item

**Beach Umbrella on Raspberry**
view item

**Beachside Hammock on Cactus**
view item

| Bullseye on True | Carry Om on Sky | Color Stones on White |
| --- | --- | --- |
| view item | view item | out of stock |

  

| Cruisin Rocket on Cactus | Crunch Time on Salsa | Daisy on Salsa |
| --- | --- | --- |
| view item | view item | view item |

  

| Downward Dog on Cactus | Flag on True | Garden Party on Cactus |
| --- | --- | --- |
| view item | view item | view item |

  

| Go w/ the Flow on Midnight | Golf Icon on Midnight | Harmony on Chocolate |
| --- | --- | --- |
| view item | out of stock | view item |


**Horse of a Different Color on Sky**
view item


**Im w/ the Band on Raspberry**
view item


**Jake Putter on Raspberry**
view item


**Just Married on Sky**
view item


**Leaf Pile Rocket on Sky**
view item


**Massage on Raspberry**
view item


**No Place Like Om on Chocolate**
view item



**No Roaming on Raspberry**
view item

**PBJ on Raspberry**
view item







## Jake Icon Outdoor Hats

The Life is good® Chill Cap is garment washed to create a weathered look and feel. Its low-profile, relaxed fit is perfect for both men and woman. One size fits all.



**3 Daisy Chill on Raspberry**
out of stock



**Aerial Snowboard Chill on Moss**
view item



**Back To Pack on Khaki**
view item



**Camp Dog on Chocolate**



**Coast Mountain Bike on Cactus**



**Daisy on Salsa**

| view item | view item | view item |
|---|---|---|
| **Downtime Ski on Midnight** view item | **Fish on Khaki** view item | **Golf Bag on Shadow** out of stock |
| **Golf Icon on Midnight** view item | **Golf on Bone** view item | **Hammer Icon on Midnight** view item |
| **Headwear Flip on Chocolate** view item | **Headwear Half Full on Shadow** view item | **Headwear Happy Trails on Shadow** out of stock |


**Horse on Sky**
view item


**Leaf on Salsa**
view item


**Lean on Me on Cactus**
view item


**Loose Coin on True**
view item


**Motorcycle on Moss**
view item


**Native Fish on Shadow**
view item


**Native Guitar on Midnight**
view item


**Native Mountain on Chocolate**
view item


**OMMM on Midnight**
view item



**One Love on Salsa**
view item



**Pine Icon on Chocolate**
view item



**Runner on Bone**
view item



**Server Tennis on Bone**
view item



**Sled Dog on Cactus**
view item



**Snowflake on Salsa**
view item



**Take me to the River on Chocolate**
view item



**Think Outside The Box on True**
out of stock



**Wander on Khaki**
view item


**What up Dog on Chocolate**
view item


**Winter Right On Clay**
view item


**Winter Runner on Chocolate**
view item


**Yoga on Raspberry**
view item

| Customer Service | About LIG | Size Chart | Store Locator | Mailing List |
| Tell a Friend | Group Sales | Monday Raffle | Family Album | |

# Life is good®

Shopping Bag 



## Classic Oval Hats

**The Life is good® Chill Cap is garment washed to create a weathered look and feel. Its low-profile, relaxed fit is perfect for both men and woman. One size fits all.**



**Oval on Bone**
view item



**Oval on Chocolate**
view item



**Oval on Midnight**
view item



**Oval on True**
view item

http://www.lifeisgood.com/storeplus/store/Headwear-Classic-Oval-Hats.asp         9/27/2006

| Customer Service | About LIG | Size Chart | Store Locator | Mailing List |
| --- | --- | --- | --- | --- |
| Tell a Friend | Group Sales | Monday Raffle | Family Album | |