

Top » Catalog



MENS | WOMENS | HATS | Accessories | GIFT CERTIFICATES | CON

My Account | Cart



Summer/Fall Blow Out Sale

Everything 50% off

New Premier Line, Coming soon!

Sign Up For Our Mailing List
enter email address
[Submit]
...formation with any third...

MEN'S tees | WOMEN'S tees | CHEF'S APRON | WOM TAN

**A PORTION OF OUR PROFITS WILL BE DONATED TO LAMBDA LEGAL**

© 2006 **Life is gay** Site by www.AWSolutions.info







## Our Selection



**cookin' boys**
**$11.99**
Buy Now!

**cruise ship**
**$11.99**
Buy Now!



**just married b**
**$11.99**
Buy Now!



**kick back boys**
**$11.99**
Buy Now!



**spa boys**
**$11.99**
Buy Now!

Displaying **1** to **5** (of **5** products)                                Res

© 2006 Life is gay Site by www.AWSolutions.info



Top » Catalog » Mens » Fitted T's  My Account | Cart Content

MENS  WOMENS  HATS  Accessories  GIFT CERTIFICATES  CO



## Our Selection



**daniel**  **luke**  **matt**

Case 1:06-cv-11789-NG   Document 1-8   Filed 10/03/06   Page 6 of 19

**$13.99**
Buy Now!

**$13.99**
Buy Now!

**$13.99**
Buy Now!



**nolan**
**$13.99**
Buy Now!

Displaying **1** to **4** (of **4** products)

Res

© 2006 Life is gay Site by www.AWSolutions.info

Case 1:06-cv-11789-NG  Document 1-8  Filed 10/03/06  Page 7 of 19



Top » Catalog » Womens » Loose Fit T's          My Account | Cart Content

**MENS**   **WOMENS**   **HATS**   **Accessories**   **GIFT CERTIFICATES**   **CO**



## Our Selection



**cruise ship**
**$21.99**
Buy Now!

**just married girls**
**$11.99**
Buy Now!

**spa girls**
**$11.99**
Buy Now!

Displaying **1** to **3** (of **3** products)

Res

© 2006 **Life is gay** Site by www.AWSolutions.info



Top » Catalog » Womens » Fitted T's        My Account | Cart Content

**MENS**   **WOMENS**   **HATS**   **Accessories**   **GIFT CERTIFICATES**   **CO**



## Our Selection



gabriella
$14.99
Buy Now!

lainey
$14.99
Buy Now!

nicole
$14.99
Buy Now!

rachel
$14.99
Buy Now!

Displaying **1** to **4** (of **4** products)

© 2006 Life is gay Site by www.AWSolutions.info







## Our Selection



**alexis**



**bianca**

**$10.99**
Buy Now!

**$10.99**
Buy Now!

Displaying **1** to **2** (of **2** products)

Res

© 2006 **Life is gay** Site by www.AWSolutions.info



Top » Catalog » Hats

My Account | Cart Content

MENS | WOMENS | HATS | Accessories | GIFT CERTIFICATES | CO

## Our Selection



**charcoal hat**
$7.99
Buy Now!

**khaki hat**
$7.99
Buy Now!

**lilac rainbow**
$7.99
Buy Now!

**navy hat**
$7.99
Buy Now!

Displaying **1** to **4** (of **4** products)

Res

© 2006 **Life is gay** Site by www.AWSolutions.info



Top » Catalog » Accessories » Aprons

My Account | Cart Content

**MENS**  **WOMENS**  **HATS**  **Accessories**  **GIFT CERTIFICATES**  **CO**

## Our Selection



**cookin' boys apron**
**$19.99**
Buy Now!



**life is gay apron**
**$19.99**
Buy Now!

Displaying **1** to **2** (of **2** products)

Res

© 2006 Life is gay Site by www.AWSolutions.info



Top » Catalog » Accessories » Beach Towels    My Account | Cart Content

MENS | WOMENS | HATS | Accessories | GIFT CERTIFICATES | CON

## Our Selection



**beach towel**
**$25.99**
Buy Now!

Displaying **1** to **1** (of **1** products)    Res

© 2006 Life is gay Site by www.AWSolutions.info



Top » Catalog » Gift Certificates                    My Account | Cart Content

**MENS**   **WOMENS**   **HATS**   **Accessories**   **GIFT CERTIFICATES**   **CO**

## Our Selection



**$100 Gift Certificate**
**$100.00**
( Buy Now! )



**$25 Gift Certificate**
**$25.00**
( Buy Now! )



**$50 Gift Certifi**
**$50.00**
( Buy Now! )

Displaying **1** to **3** (of **3** products)                              Res

© 2006 **Life is gay** Site by www.AWSolutions.info



Top » Catalog » Contact Us                                          My Account | Cart Content

MENS | WOMENS | HATS | Accessories | GIFT CERTIFICATES | CO

## Contact Us

### Life is gay

303 Molnar Dr.
Elmwood Park, NJ 07407
1-800-592-4340

Full Name:

E-Mail Address:

Enquiry:



© 2006 **Life is gay** Site by www.AWSolutions.info