

Top » Catalog » Gift Certificates » GIFT_25        My Account | Cart Content

## $25 Gift Certificate [GIFT_25]



**$25 Gift Certificate Purchase for Life is gay. Online Redemption Only.**

$25.00



# Life is good.



Shopping Bag

## Life is good Gift Certificates

**Gift Certificates can be mailed to you or directly to your recipient:**

online **gift** certificate

Life is good.com   www.lifeisgood.com

to: _____   amount: _____

from: _____   issue date: _____

message:

VALIDATION NUMBER                              see back for details

*certificates are redeemable online at www.lifeisgood.com ...only*

**Buy Now**

| Customer Service | About LIG | Size Chart | Store Locator | Mailing List |
| Tell a Friend | Group Sales | | Monday Raffle | Family Album |