UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIFE IS GOOD, INC., | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. |
| | ) | |
| KGR KIDS, INC. d/b/a LIFE IS GAY, | ) | |
|     Defendant | ) | |

## MOTION TO EXTEND DEADLINE TO SERVE DEFENDANT

Plaintiff Life is good, Inc. ("Life is good") respectfully requests that this Court extend the deadline for the plaintiff to serve defendant by sixty (60) days. As grounds therefor, plaintiff states as follows:

1. Since the plaintiff filed the complaint, the parties have been involved in settlement discussions.

2. While progress has been made, the parties have not resolved this matter.

3. The plaintiff desires to continue these settlement discussions prior to serving the defendant and moving forward with the litigation.

WHEREFORE, plaintiff Life is good, Inc. ("Life is good") respectfully requests that this Court extend the deadline for the plaintiff to serve defendant by sixty (60) days.

LIFE IS GOOD, INC.,
By its attorneys,


__/s/ Thomas E. Kenney_____
Robert R. Pierce (#549172)
Thomas E. Kenney (#561590)
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444